UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR464 CDP |
| | ) | |
| PHILLIP CARRIER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The defendant has requested a continuance of the trial in this case. I find, pursuant to 18 U.S.C. §3161(h)(8), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by the defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsels' exercise of due diligence. Additionally, counsel for the government agrees that granting a continuance is in the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant **Phillip Carrier's**

motion continue **[#24]** is **granted** pursuant to 18 U.S.C. §3161(h)(8). This case is removed from the December 15, 2008 trial docket and is reset for trial on **<u>Monday, January 26, 2009 at 8:30 a.m.</u>** The Court does not expect to continue this trial again.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2008.