UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR464 CDP |
| | ) | |
| PHILLIP CARRIER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the government's motion to continue [#32] is GRANTED.

**IT IS FURTHER ORDERED** that sentencing as to defendant **Phillip Carrier** is reset to **Wednesday, May 6, 2009 at 1:00 p.m.** If testimony is expected counsel must notify the court at least a week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **April 29, 2009**, except that a response to a sentencing memorandum may be filed no later than **May 1, 2009**.

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of April, 2009.